IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:20-cv-00080-D

KYLE GREEN,                    )
                               )
        Plaintiff,             )
                               )
    v.                         )
                               )
ANDREW SAUL,                   )    ORDER
Commissioner of Social Security)
                               )
        Defendant.             )

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this ___22___ day of June, 2021.

                                              JAMES C. DEVER, III
                                              UNITED STATES DISTRICT JUDGE