UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KYLE GREEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 4:20-CV-80-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on June 23, 2021, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Keeya M. Jeffrey | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

DATE:                         PETER A. MOORE, JR., CLERK
June 23, 2021                 (By) /s/ Nicole Sellers
                                  Deputy Clerk