IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-00080-D

KYLE GREEN, )
)
    Plaintiff, )
)
v. )   ORDER FOR PAYMENT OF
)   ATTORNEY FEES UNDER THE
KILOLO KIJAKAZI,[1] )   EQUAL ACCESS TO JUSTICE ACT
Commissioner of Social Security, )
)
    Defendant. )
)

    Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,777.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

    SO ORDERED this __22__ day of September, 2021

                                                 JAMES C. DEVER III
                                                 UNITED STATES DISTRICT JUDGE

---

[1] As of July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).